UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 29 AM 9:28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 07 MJ 2771 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| Guillermo Espinosa DELAVARA ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii)- |
| Defendant. ) | Bringing in Illegal Aliens |
| ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **November 27, 2007**, within the Southern District of California, defendant **Guillermo Espinosa DELAVARA**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Josefina CHICO-Cabello, Gloria ROLDAN-Jacquez and Angel LOPEZ-Perez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF November, 2007.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Josefina CHICO-Cabello, Gloria ROLDAN-Jacquez and Angel LOPEZ-Perez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 27, 2007, at approximately 7:24 p.m., **Guillermo Espinosa DELAVARA (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a stolen 2001 Chrysler Voyager. Defendant presented a California identification card to a Customs and Border Protection (CBP) Officer and claimed United States citizenship. Defendant also gave two negative customs declarations. The officer conducted a vehicle inspection and discovered what appeared to be humans concealed in a non-factory compartment in the undercarriage area of the vehicle. The CBP Officer escorted the Defendant and vehicle to secondary inspection.

In secondary, three individuals were extracted from the non-factory compartment. Further investigation revealed the three individuals to be citizens of Mexico without entitlements to enter the United States. The three individuals are now identified as material witnesses: **Josefina CHICO-Cabello (MW1), Gloria ROLDAN-Jacquez (MW2) and Angel LOPEZ-Perez (MW3).**

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant stated he believed he was smuggling narcotics, which were to be concealed inside the tires. Defendant admitted he was going to receive approximately $800.00 USD for the smuggling act. Defendant admitted he was to deliver the vehicle and concealed narcotics to the Palomar Trolley Station.

On separate videotaped interviews, Material Witnesses declared they are citizens of Mexico without legal rights to enter the United States. MW1 stated she agreed to pay an undisclosed amount to be smuggled into the United States. MW2 stated she agreed to pay $1,100.00 USD to be smuggled into the United States. MW3 stated he agreed to pay $1,600.00 to be smuggled into the United States. Material Witnesses admitted they were going to California to seek residency and employment.