UNITED STATES DISTRICT COURT

SOUNDSERN DISTRICT OF CALIFORNIA  2007 DEC -4  A 4:31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07MJ2771 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| *Guillermo Espinosa-Belavara* ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

*Josefina Chico-Cabello*

DATED: 12/4/07

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                 ☆ U.S. GPO: 2003-581-774/70082